**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A Limited Liability Partnership formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, New Jersey 08002
(856) 488-7700
ATTORNEYS FOR PLAINTIFF BK LEASING CO., INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| BK LEASING CO., INC., | : | CIVIL NO. 06-3354-NLH-AMD |
| Plaintiff | : | |
| v. | : | |
| CHIQUITA BRANDS COMPANY, NORTH AMERICA, INC., et al., | : | *NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(i)* |
| Defendants. | : | |

Plaintiff voluntarily dismisses this action under Rule 41(a)(1)(i), Federal Rules of Civil Procedure, in order to resolve its claims through arbitration.

Dated: February 1, 2007

/s/ Lathrop B. Nelson, III
STEPHEN W. ARMSTRONG (SWA 9500)
(admitted pro hac vice)
LATHROP B. NELSON, III (LBN 8298)
Montgomery, McCracken,
  Walker & Rhoads, LLP
457 Haddonfield Road, Suite 600
Cherry Hill, New Jersey 08002

Attorneys for Plaintiff,
BK Leasing Co., Inc.

2153036v1